*H. Cooper*, for the appellant.
*R. Brackenridge*, for the appellees.

---

JACKSON *v.* GOODTITLE, on the Demise of BROMLEY.—In error.

THE copy of a declaration in ejectment, with a notice *Friday,* requiring an appearance at the term next after that which *May 31.* followed the time when the notice issued, was served on the tenant in possession. *Held,* that the notice was illegal.

Judgment in such action cannot be rendered against the casual ejector, until after the tenant in possession has made default. R. S. 1838, p. 260.